# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Jones-Bey

v.

District of Columbia, et al.

**Case No:** 24-7122

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Carlos Tejera

Cory Novick

Ahmed Al-Shrawi

District of Columbia

### Counsel Information

**Lead Counsel:** Carl J. Schifferle

**Direct Phone:** (202) 724-6624  **Fax:** (202) 730-1472  **Email:** carl.schifferle@dc.gov

**2nd Counsel:** Caroline S. Van Zile

**Direct Phone:** (202) 724-6609  **Fax:** (202) 741-0649  **Email:** caroline.vanzile@dc.gov

**3rd Counsel:** Ashwin P. Phatak

**Direct Phone:** (202) 442-9807  **Fax:** (202) 741-0649  **Email:** ashwin.phatak@dc.gov

**Firm Name:** Office of the Attorney General for the District of Columbia

**Firm Address:** 400 6th Street, NW, Suite 8100, Washington, D.C. 20002

**Firm Phone:** (202) 727-3400  **Fax:** (202) 347-8922  **Email:** oag@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)