NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-7122

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMAALA JONES-BEY, *et al.*,
Appellees,

v.

DISTRICT OF COLUMBIA, *et al.*,
Appellants.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEE DISTRICT OF COLUMBIA AND APPELLANTS TEJERA, NOVICK, AND AL-SHRAWI'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Appellee the District of Columbia and appellants Carlos Tejera, Cory Novick, and Ahmed Al-Shrawi furnish the following information about this case on appeal pursuant to D.C. Cir. R. 28(a)(1):

A. *Parties and amici.*—Defendant-appellants are Carlos Tejera, Cory Novick, and Ahmed Al-Shrawi. Defendant-appellant in the consolidated appeal (No. 24-7123) is Terence Sutton. Andrew Zabavsky and the District of Columbia are also defendants below. Former defendants are Muriel Bowser, the Metropolitan Police Department, and Peter Newsham. Plaintiff-appellees are Amaala Jones-Bey, in her

capacity as Personal Representative of the Estate of Karon Hylton-Brown and on behalf of her minor child, Z.J-B; and Karen Hylton.  No intervenors or amici appeared below or have appeared, thus far, in this Court.

B.  *Rulings under review*.—Appellants have appealed from the order partially denying their motion to dismiss, entered by U.S. District Judge Jia M. Cobb on July 22, 2024.  The decision is available at 2024 U.S. Dist. LEXIS 128724.

C.  *Related cases*.—This case has not previously been before this Court or any other court.  Undersigned counsel is unaware of any related cases pending in this Court or any other court, apart from the consolidated appeal (No. 24-7123).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
|  | CAROLINE S. VAN ZILE<br>Solicitor General |
|  | ASHWIN P. PHATAK<br>Principal Deputy Solicitor General |
|  | /s/ Carl J. Schifferle<br>CARL J. SCHIFFERLE<br>Deputy Solicitor General<br>Bar Number 463491<br>Office of the Solicitor General |
| September 2024 | Office of the Attorney General<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6624<br>(202) 730-1472 (fax)<br>carl.schifferle@dc.gov |

3