# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW  
Washington, DC 20001-2866  
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases (To be completed by appellant)*

1. CASE NO. 24-7122
2. DATE DOCKETED: 8-28-2024
3. CASE NAME (lead parties only) Jones-Bey v. District of Columbia
4. TYPE OF CASE: ☐ District Ct - ☐ US Civil ☒ Private Civil ☐ Criminal ☐ Bankruptcy  
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No  
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.  
      Civil Action 21-cv-2674  
      Criminal _____  
      Miscellaneous _____  
      Bankruptcy Court Docket No.  
      Bankruptcy _____  
      Adversary _____  
      Ancillary _____  
      Tax Court Docket No.  
      Tax _____
   b. Review is sought of:  
      ☐ Final Order ☒ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:  
      Judge Jia M. Cobb    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 7-22-2024    e. Date notice of appeal filed: 8-20-2024
   f. Has any other notice of appeal been filed in this case? ☒ Yes ☐ No  If YES, date filed: 8-20-2024
   g. Are any motions currently pending in trial court? ☒ Yes ☐ No  If YES, date filed: _____  
      If YES, identify motion Various motions
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ☒ No  
      If NO, why not? No transcript needed for appeal
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal # _____ ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?  
      ☒ Yes ☐ No If YES, give each case's court and case name, and docket number:  
      D.C. Cir. No. 24-7123 (consolidated)
   k. Does this case turn on validity or correct interpretation or application of a statute? ☐ Yes ☒ No  
      If YES, give popular name and citation of statute _____
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No  If so, provide program name and participation dates _____

Signature /s/ Carl J. Schifferle    Date 9-27-2024  
Name of Party Carlos Tejera, Cory Novick, and Ahmed Al-Shrawi  
Name of Counsel for Appellant/Petitioner  
Address Office of the Attorney General for the District of Columbia, 400 6th St., NW, Suite 8100, Washington, D.C. 20001  
Phone ( 202 ) 724-6624    Fax ( 202 ) 730-1472

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42  
August 2009 (REVISED)