NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-7122

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMAALA JONES-BEY, *et al.*,
Appellees,

v.

DISTRICT OF COLUMBIA, *et al.*,
Appellants.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLANTS TEJERA, NOVICK, AND AL-SHRAWI'S STATEMENT OF ISSUES TO BE RAISED**

Appellants Carlos Tejera, Cory Novick, and Ahmed Al-Shrawi intend to raise the following issue on appeal: whether the district court erred in denying appellants qualified immunity in its order on their motion to dismiss.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

/s/ Carl J. Schifferle
CARL J. SCHIFFERLE
Deputy Solicitor General
Bar Number 463491
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6624
(202) 730-1472 (fax)
carl.schifferle@dc.gov

September 2024