# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-7122** | **September Term, 2024** |
| | 1:21-cv-02674-JMC |
| | Filed On: October 17, 2024 [2080541] |

Amaala Jones-Bey, Next Friend and Mother of Daughter Z.J.B. Individually and soon to be Personal Representative and Administrator of the Estate of Karon Hylton and Karen Hylton,

    Appellees

    v.

District of Columbia, et al.,

    Appellants

Terrence Sutton, Officer and Andrew Zabavsky,

    Appellees

------------------------------

Consolidated with 24-7123

## O R D E R

Upon consideration of appellant Terence Sutton's unopposed motion for extension of time, it is

**ORDERED** that the motion be granted. Appellant's response to appellee Karen Hylton's motion for summary affirmance in No. 24-7123 is now due October 28, 2024.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                                BY:    /s/
                                        Louis Karl Fisher
                                        Deputy Clerk