# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-7122**      **September Term, 2024**

**1:21-cv-02674-JMC**

**Filed On:** February 6, 2025

Amaala Jones-Bey, Next Friend and Mother of Daughter Z.J.B. Individually and soon to be Personal Representative and Administrator of the Estate of Karon Hylton, and Karen Hylton,

    Appellees

    v.

District of Columbia, et al.,

    Appellants

Terrence Sutton, Officer and Andrew Zabavsky,

    Appellees

------------------------------

Consolidated with 24-7123

**BEFORE:**   Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the joint briefing proposal, it is

**ORDERED** that the following briefing format and schedule will apply in these consolidated cases:

| | |
|---|---|
| Brief of Appellants Carlos Tejera, Ahmed Al-Shrawi, and Cory Novick (not to exceed 8,500 words) | March 17, 2025 |
| Brief of Appellant Terrence Sutton (not to exceed 8,500 words) | March 17, 2025 |
| Appendix | March 17, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-7122**                                                               **September Term, 2024**

| | |
|---|---|
| Brief of Appellees Amaala Jones-Bey and Karen Hylton (not to exceed 17,000 words) | April 16, 2025 |
| Reply Brief of Appellants Carlos Tejera, Ahmed Al-Shrawi, and Cory Novick (not to exceed 4,250 words) | June 12, 2025 |
| Reply Brief of Appellant Terrence Sutton (not to exceed 4,250 words) | June 12, 2025 |

The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening briefs. The court ordinarily will not consider issues and arguments raised for the first time in the reply briefs.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                BY:   /s/
                            Selena R. Gancasz
                            Deputy Clerk