# United States Court of Appeals
## For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 24-7122** | **September Term, 2024** |
| | 1:21-cv-02674-JMC |
| | **Filed On: March 13, 2025** |

Amaala Jones-Bey, Next Friend and Mother of Daughter Z.J.B. Individually and soon to be Personal Representative and Administrator of the Estate of Karon Hylton and Karen Hylton,

    Appellees

    v.

District of Columbia, et al.,

    Appellants

Terrence Sutton, Officer and Andrew Zabavsky,

    Appellees

-------------------------------

Consolidated with 24-7123

--------------------

**No. 25-7027**     1:21-cv-02674-JMC

Amaala Jones-Bey, Next Friend and Mother of Daughter Z.J.-B. Individually and soon to be Personal Representative and Administrator of the Estate of Karon Hylton and Karen Hylton,

    Appellees

    v.

District of Columbia, et al.,

    Appellees

Andrew Zabavsky,

    Appellant

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-7122**                              September Term, 2024

### O R D E R

Upon consideration of the unopposed motion to consolidate cases and to modify briefing schedule filed in No. 24-7122, et al., it is

**ORDERED** that the motion be granted. No. 25-7027 is hereby consolidated with No. 24-7122, et al. It is

**FURTHER ORDERED** that the briefing schedule entered on February 6, 2025, in No. 24-7122, et al., be suspended pending further order of the court. It is

**FURTHER ORDERED** that the parties submit by March 27, 2025, proposed formats for the briefing of these consolidated cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Laura M. Morgan
      Deputy Clerk