# ORAL ARGUMENT NOT YET SCHEDULED

## NO. 24-7122, 24-7123, 25-7027

In the

# United States Court Of Appeals For The District Of Columbia Circuit

---

AMAALA JONES-BEY AND KAREN HYLTON, *APPELLEES*

*v.*

DISTRICT OF COLUMBIA, ET AL*., APPELLANTS*

On Appeal from the United States District Court
for the District of Columbia, No. 1:21-cv-2674-JMC
Before the Honorable Jia M. Cobb

---

**MOTION OF GERSTEIN HARROW LLP TO WITHDRAW AS COUNSEL FOR INTERVENOR-PLAINTIFF-APPELLEE KAREN HYLTON**

---

<u>*/s/ Charles Gerstein*</u>
Charles Gerstein
Jason Harrow
GERSTEIN HARROW LLP
400 7th St., NW, Suite 304,
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*Attorneys for Plaintiff-Intervenor-Appellee Karen Hylton*

1

**PRELIMINARY STATEMENT**

Counsel for Plaintiff-Intervenor-Appellee Karen Hylton—that is, Charles Gerstein and Jason Harrow of Gerstein Harrow LLP—hereby move the Court to withdraw as attorneys for Hylton. They have been discharged by Hylton. *See* D.C. Rule of Prof. Conduct 1.16(a)(3) (a lawyer "shall withdraw from the representation of a client if . . . the lawyer is discharged").

**CONCLUSION**

For the foregoing reasons, this Court should grant the motion to withdraw as counsel.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
Jason Harrow
GERSTEIN HARROW LLP
400 7th St. NW, Suite 304,
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809