ORAL ARGUMENT NOT YET SCHEDULED

NO. 24-7122, 24-7123, 25-7027

In the

# United States Court Of Appeals For The District Of Columbia Circuit

AMAALA JONES-BEY AND KAREN HYLTON, *APPELLEES*

*v.*

DISTRICT OF COLUMBIA, ET AL*., APPELLANTS*

On Appeal from the United States District Court
for the District of Columbia, No. 1:21-cv-2674-JMC
Before the Honorable Jia M. Cobb

**MOTION OF GERSTEIN HARROW LLP TO WITHDRAW AS COUNSEL FOR INTERVENOR-PLAINTIFF-APPELLEE KAREN HYLTON**

*/s/ Charles Gerstein*
Charles Gerstein
Jason Harrow
GERSTEIN HARROW LLP
400 7th St., NW, Suite 304,
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*Attorneys for Plaintiff-Intervenor-Appellee Karen Hylton*

1

## PRELIMINARY STATEMENT

Counsel for Plaintiff-Intervenor-Appellee Karen Hylton—that is, Charles Gerstein and Jason Harrow of Gerstein Harrow LLP—hereby move the Court to withdraw as attorneys for Hylton. They have been discharged by Hylton. *See* D.C. Rule of Prof. Conduct 1.16(a)(3) (a lawyer "shall withdraw from the representation of a client if . . . the lawyer is discharged"). Ms. Hylton has been served with this notice. *See* Certificate of Service.

## CONCLUSION

For the foregoing reasons, this Court should grant the motion to withdraw as counsel.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
Jason Harrow
GERSTEIN HARROW LLP
400 7th St. NW, Suite 304,
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

## CERTIFICATE OF SERVICE

I certify that, on April 16, 2025, I served Plaintiff-Intervenor with this Motion to Withdraw by (1) sending copies via certified and first-class mail to Karen Hylton, 6004 3rd St., NW, Washington, DC 20011 and (2) sending it as an email attachment to Karen Hylton at tallskyys@gmail.com.

<u>/s/ Jason Harrow</u>

April 22, 2025

## CERTIFICATE OF COMPLIANCE

I certify that this Motion contains 86 words, in compliance with the type-volume limitations of FRAP 27(d)(2).

<u>/s/ Jason Harrow</u>

April 22, 2025