# ORAL ARGUMENT NOT YET SCHEDULED

## NO. 24-7122, 24-7123, 25-7027

In the

# United States Court Of Appeals For The District Of Columbia Circuit

---

AMAALA JONES-BEY AND KAREN HYLTON, *APPELLEES*

*v.*

DISTRICT OF COLUMBIA, ET AL.*, APPELLANTS*

On Appeal from the United States District Court
for the District of Columbia, No. 1:21-cv-2674-JMC
Before the Honorable Jia M. Cobb

---

**NOTICE REGARDING MOTION OF GERSTEIN HARROW LLP TO WITHDRAW AS COUNSEL FOR INTERVENOR-PLAINTIFF-APPELLEE KAREN HYLTON**

---

*/s/ Charles Gerstein*
Charles Gerstein
Jason Harrow
GERSTEIN HARROW LLP
400 7th St., NW, Suite 304,
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809

*Attorneys for Plaintiff-Intervenor-Appellee Karen Hylton*

1

**NOTICE**

Counsel for Plaintiff-Intervenor-Appellee Karen Hylton—that is, Charles Gerstein and Jason Harrow of Gerstein Harrow LLP—have previously moved the Court to withdraw as attorneys for Hylton because they have been discharged by Hylton. *See* D.C. Rule of Prof. Conduct 1.16(a)(3) (a lawyer "shall withdraw from the representation of a client if . . . the lawyer is discharged"). The motion remains pending.

Counsel writes to update this Court that the District Court in this matter granted counsel's similar motion to withdraw in that court, which was filed for the same reason. *See* D. Ct. No. 1:21-cv-2674-JMC, Minute Entry of May 1, 2025.

Counsel appreciates this Court's consideration and attention to this matter.

Respectfully submitted,

*/s/ Charles Gerstein*
Charles Gerstein
Jason Harrow
GERSTEIN HARROW LLP
400 7th St. NW, Suite 304,
Washington, DC 20004
charlie@gerstein-harrow.com
(202) 670-4809