# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 24-7122** | **September Term, 2024** |
| | 1:21-cv-02674-JMC |
| | **Filed On: May 5, 2025** |

Amaala Jones-Bey, Next Friend and Mother of Daughter Z.J.B. Individually and soon to be Personal Representative and Administrator of the Estate of Karon Hylton and Karen Hylton,

    Appellees

    v.

District of Columbia, et al.,

    Appellants

Terrence Sutton, Officer and Andrew Zabavsky,

    Appellees

------------------------------

Consolidated with 24-7123, 25-7027

# O R D E R

Upon consideration of the motion to withdraw as counsel for appellee Karen Hylton, it is

**ORDERED** that the motion be granted, and Charles Gerstein and Jason Harrow of Gerstein Harrow LLP be terminated as counsel for appellee in these consolidated cases. It is

**FURTHER ORDERED** that appellee, within 14 days of the date of this order, have new counsel enter an appearance or advise the court that she will proceed in these cases pro se.

The Clerk is directed to send a copy of this order to appellee by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk